UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Senior Health Insurance Company of Pennsylvania,

        Plaintiff,

v.

Lincoln International LLC, Lincoln Partners Advisors LLC,

        Defendants.

Case No. 1-19-cv-07137

**AFFIRMATION OF SERVICE**

---

I, DOV B. GOLD, an attorney duly authorized to practice law before this Court, affirms the following under the penalty of perjury:

1. I, Dov B. Gold, am employed by The Seiden Group, with offices located at 469 Seventh Avenue, New York, NY 10018. I am over the age of 18 and not a party to the within action.

2. On July 31, 2019, Lindsey Sieling, Esq. confirmed to me that her law firm Skadden, Arps, Slate, Meagher & Flom LLP represents Lincoln International LLC and Lincoln Partners Advisors LLC in this action and agreed to accept electronic service of the Complaint with an effective date of August 1, 2019.

3. I subsequently emailed the unredacted Complaint and Summonses to Lindsey Sieling, Esq. on July 31, 2019.

                                                                                      Dov B. Gold

Dated: New York, New York
August 5, 2019