UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
SENIOR HEALTH INSURANCE COMPANY
OF PENNSYLVANIA,

    Plaintiff,

v.

LINCOLN INTERNATIONAL LLC and
LINCOLN PARTNERS ADVISORS LLC,

    Defendants.
----------------------------------------------------------------x

Civil Action No.
19-cv-07137 (JSR)

**NOTICE OF MOTION**

PLEASE TAKE NOTICE, that upon the memorandum of law in support of its motion for reconsideration, dated September 4, 2019 and the accompanying Declaration of Dov Gold, plaintiff Senior Health Insurance Company of Pennsylvania ("SHIP") will move this Court, before the Hon. Jed S. Rakoff, at the federal courthouse located at 500 Pearl Street, New York, New York, 10007 on a date and at a time to be set by the Court, for an order pursuant to Rules 59(e) and 60(b) of the Federal Rules of Civil Procedure and Rule 6.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, granting reconsideration of the Court's August 20, 2019 order and August 21, 2019 judgment dismissing SHIP's complaint with prejudice.

Dated: September 4, 2019
New York, New York

DAI & ASSOCIATES, P.C.

By: _____
Amiad Kushner
1500 Broadway, St. 2200
New York, NY 10036
(212) 730-8880

SEIDEN LAW GROUP LLP

By: _____
Dov B. Gold
469 Seventh Avenue, Fifth Fl.
New York, NY 10018
(212) 523-0686

*Counsel for plaintiff Senior Health Insurance Company of Pennsylvania*