UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x
SENIOR HEALTH INSURANCE COMPANY OF : 
PENNSYLVANIA, :
 :
                Plaintiff, : Master Case No. 1:18-cv-06658 (JSR)
 :
   v. :
 : Case No. 1:19-cv-07137 (JSR)
LINCOLN INTERNATIONAL LLC and LINCOLN :
PARTNERS ADVISORS LLC, :
 :
                Defendants. :
 :
---------------------------------------- x

## LINCOLN INTERNATIONAL LLC AND LINCOLN PARTNERS ADVISORS LLC'S NOTICE OF MOTION FOR SUMMARY JUDGMENT

PLEASE TAKE NOTICE that, upon the Amended Complaint, dated October 31, 2019, the accompanying Memorandum of Law in Support of Lincoln International LLC and Lincoln Partners Advisors LLC's Motion for Summary Judgment, dated February 14, 2020; the Declaration of William Ridgway, dated February 14, 2020, and exhibits thereto; the Local Rule 56.1 Statement of Undisputed Facts in Support of Lincoln International LLC and Lincoln Partners Advisors LLC's Motion for Summary Judgment, dated February 14, 2020; and all prior pleadings, submissions, and proceedings had herein, Defendants Lincoln International LLC and Lincoln Partners Advisors LLC will move this Court before the Honorable Jed S. Rakoff, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York, 10007, on March 26, 2020, at 3:30 p.m., for an order (i) granting their motion, pursuant to Federal Rule of Civil Procedure 56 and Local Civil Rule 56.1, for summary judgment in their favor on Counts I and II of the Amended Complaint; and (ii) for such other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that, per the Court's Order, answering papers, if any, must be served on the undersigned on or before March 6, 2020; and reply papers, if any, must be served on or before March 13, 2020.

Dated: February 14, 2020  Respectfully submitted,

Chicago, Illinois

/s/ William Ridgway
Charles F. Smith (admitted *pro hac vice*)
William Ridgway (admitted *pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, IL 60606
Tel: 312.407.0700
Fax: 312.407.0411
william.ridgway@skadden.com
charles.smith@skadden.com

Robert A. Fumerton
Lara A. Flath (admitted *pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
Tel: 212.735.3000
Fax: 212.735.2000
robert.fumerton@skadden.com
lara.flath@skadden.com

*Counsel for Defendants Lincoln International LLC and Lincoln Partners Advisors LLC*

## CERTIFICATE OF SERVICE

    I hereby certify that, on February 14, 2020, I served the foregoing Lincoln International LLC and Lincoln Partners Advisors LLC's Notice of Motion for Summary Judgment via the Court's electronic filing system on all attorneys of record who have entered an appearance by ECF in this proceeding.

                                                   */s/ William Ridgway*
                                                   William Ridgway