UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                                           :
SENIOR HEALTH INSURANCE COMPANY                            :
OF PENNSYLVANIA,                                           :
                                                           :   Master Case No. 1:18-cv-06658 (JSR)
            Plaintiff,                                 :
                                                           :
                                                           :
           -v.-                                       :   Case No.: 1:19-cv-07137 (JSR)
                                                           :
LINCOLN INTERNATIONAL LLC and                              :
LINCOLN PARTNERS ADVISORS LLC,                             :   **NOTICE OF APPEAL**
                                                           :
           Defendants.                                :
-----------------------------------------------------------x

      Notice is hereby given that Senior Health Insurance Company of Pennsylvania, Plaintiff in the above-captioned case, appeals to the United States Court of Appeals for the Second Circuit from the Judgment entered on April 13, 2020.

Dated: May 13, 2020
New York, New York                    SEIDEN LAW GROUP LLP


                                    By:   /s/ Amiad Kushner
                                          Amiad Kushner
                                          Jacob Nachmani
                                          Dov B. Gold
                                          469 Seventh Avenue, Fifth Fl.
                                          New York, NY 10018
                                          (212) 523-0686
                                          akushner@seidenlegal.com

                                          *Counsel for Senior Health Insurance*
                                          *Company of Pennsylvania*