# MANDATE

**UNITED STATES COURT OF APPEALS**      1:19-cv-07137-JSR
**FOR THE**
**SECOND CIRCUIT**

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 26th day of August, two thousand twenty,

_____

Senior Health Insurance Company of Pennsylvania,

    Plaintiff - Appellant,

v.

Lincoln International LLC, Lincoln Partners Advisors LLC,

    Defendants - Appellees.

_____

**ORDER**
Docket No. 20-1555

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Aug 26 2020
```

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 08/26/2020